Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, AK 99501-2064
(907) 277-3333 or 250-1589 (cellular)
jacobuskenneth@gmail.com

Attorney for Charles E. Burnett

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

CHARLES E. BURNETT )
)
Plaintiff, )
)
vs. )
) **COMPLAINT**
CENTRAL BANK OF BELIZE, )
)
Defendant. )
_____ ) Case No. 3:22-cv-00081-JMK

Plaintiff, Charles E. Burnett, by and through his attorneys of record, Kenneth P. Jacobus, P.C., complains against the defendant, Central Bank of Belize, as follows:

**JURISDICTION**

1. This Court has jurisdiction of this case pursuant to 28 U.S.C. §1332(a)(2), as an action between a citizen of the United States and Alaska, and citizens or subjects of a foreign state. Jurisdiction is specific jurisdiction, applicable to the transactions which are the subject of and related to this litigation.

2. Even if the Central Bank of Belize falls within the definition of a Foreign State set forth in 28 U.S.C. §1603, this action falls within the general exception to the jurisdictional immunity of a foreign state as set forth in 28 U.S.C. §1605(a)(2) in that this action deals with

a commercial activity of the Central Bank of Belize. See also, e.g., Republic of Argentina v. Weltover, 504 US 607 (1992).

3. This case is a refiling of Burnett v. Central Bank of Belize, Alaska U.S. District Court No. 3:21-cv-00144 HRH, which was dismissed without prejudice, with a judgment entered on March 29, 2022. Accordingly, it may be refiled.

4. Prior to the filing of Burnett v. Central Bank of Belize, Alaska U.S. District Court No. 3:21-cv-00144 HRH, and during its pendency, Charles Burnett investigated the facts of this case as much as he could, being a private citizen located in Alaska. An investigation of the facts of this case was started by the Financial Investigations Unit (FIU) of the Belize Government. This investigation was continuing at the time of the dismissal of this case, and is still continuing. Charles Burnett is assisting the FIU as necessary during the course of its investigation and is in regular communication with it.

## PARTIES

5. Charles E. Burnett is an individual, a citizen of the United States, resident of the State of Alaska.

6. The Central Bank of Belize is a financial institution with its headquarters in Belize City, Belize.

## SUBSTANTIVE ALLEGATIONS

7. Charles Burnett is the owner of at least $881,000.00 US, which was awarded to him by the Belize Court. A copy of a certification from the Belize Court Office establishing that he owns these funds, from Justice Anthony More of the Court, is attached as Exhibit A, confirming this ownership. A certificate from Mr. Burnett's attorney stating that he was awarded this amount by the Court is attached as Exhibit B. On May 14, 2021, the Central Bank of Belize certified that it had received $986,862.87 US, belonging to Mr. Burnett and the funds were in route to the United States. This certificate is attached as Exhibit C. Another documents from the Central

2

Bank of Belize tying a payment of $984,648.54 US to the "coal" payment is attached as Exhibit D. Charles Burnett believed ans still believes that the documents and the signatures that appear on the documents are genuine.

8. The funds for payment of land taxes and other charges made by the Central Bank were sent to Golden Nutrition, 847 Blue Marlin Blvd., Belize City, Belize. These funds were picked up by Kristen Woodye from Golden Nutrition, and taken to the Central Bank.

9. Mr. Burnett paid part of the taxes on this money in two parts - $4441.29 US x 2 equals $8882.58 US. The money was to be deposited in account #1986211416-3271. This money was also picked up by and delivered by Kristen Woodye to Bruce, a man at the Central Bank, telephone number 501-664-7495. These payments are in addition to the amounts reference in Paragraph 8, above.

10. All funds referenced in Paragraphs 8 and 9 above, were sent to Belize from Fairbanks. They were picked up by Kristen Woodye in Belize and were taken by her to the Central Bank of Belize. The payments were given to someone in the Bank who she believed was her cousin, a Mr. Boneye. (Spelling ?)

11. Kristen Woodye was picked up and driven to the Central Bank of Belize by a woman names Jennifer, last name unknown, to deliver the funds to the Central Bank for payment of service charges and taxes.

12. Charles E. Burnett is the owner of this Nine Hundred Eighty Six Thousand, Eight Hundred Sixty Two and 59/100 ($986,862.87) United States Dollars, which was deposited in the Central Bank of Belize, and is presently under its control.

13. The Central Bank of Belize is the financial institution in Belize that is authorized to handle foreign exchange and the transfer of funds from Belize to foreign banks. These funds were transferred from Atlantic Bank in Belize to the Central Bank of Belize for the sole purpose of transferring these funds to Charles E. Burnett in Alaska.

3

LAW OFFICES OF
KENNETH P. JACOBUS
A PROFESSIONAL CORPORATION
310 K Street, Suite 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

14. This intended action of the Central Bank was not in its governmental capacity, but was a commercial transaction with the Central Bank acting in its capacity as a commercial bank.

15. This transfer from Atlantic Bank is believed to have taken place in late 2020.

16. Mr. Burnett has paid various taxes and fees, demanded from time to time by the Central Bank of Belize, in full. These taxes and fees were represented to Mr. Burnett as necessary payments in order to have his funds transferred to him in Alaska.

17. It is our understanding that the transfer of the funds must be initiated by the Central Bank of Belize, to the United States. Months have gone by, and despite regular requests, and a previous lawsuit, the Central Bank of Belize has not initiated the funds transfer or paid Charles E. Burnett the funds to which he is entitled. Charles E. Burnett was entitled to those funds months ago, and is entitled to them now.

18. The funds used to pay these taxes and fees to release the funds were not generated in Belize, but were funds belonging to citizens of the United States and were paid to the Central Bank of Belize from Fairbanks, Alaska.

**RELIEF REQUESTED**

WHEREFORE, Charles E. Burnett requests the following relief:

(A) The entry of a judgment against the Central Bank of Belize, in the amount of $986,862.87 United States Dollars, representing the amount to which Mr. Burnett is entitled.

(B) To the judgment requested in (a) above, the following amounts should be added:

(a) Interest at the legal rate for the period of time that the defendants have held Mr. Burnett's funds,

(b) A refund of any charges and fees paid to defendants for their services in this matter (excepting charges mandated by the government of Belize, possibly such as taxes).

(c) An award of costs and full attorney fees for being required to commence and

4

maintain this action.

(C) An order directing that the Central Bank of Belize pay, without further delay, the amount determined in (A) above, either directly to Mr. Burnett or initiate the transfer of this amount through appropriate international banking channels and insure that there is no delay in the process.

(D) Any orders that might be necessary for Charles E. Burnett to enforce this decision in the United States, Belize or another country, to authorize him to do so if necessary.

(E) An award granting such and further relief as may be just and proper.

DATED this 12th day of April, 2022.

KENNETH P. JACOBUS, P.C.
Attorney for Charles E. Burnett

By _____
Kenneth P. Jacobus
ABA #6911036