

# Belize court office

To whom it may concern this is to inform you that the said mentioned MR Charles Burnett is the sole recipient of $881.000 USD and is in process of being forward to his credit Union account ST John's *****

as soon as possible FIU screening will clear and funds will be forward after the case is concluded all case files will be forward to the recipient .

27 January 2020
justice Antony more