# To whom it may concern

Dear sir /madam

I'm Mr auguelles representative of Mr Charles E spud Burnett in a clames case that he has been successful in winning the sum of $ 881.000USD to be awarded to the said mentioned forthwith as of this moment the claments money's is in the courts until FIU and central Bank of Belize completed there presses of this quantity of funds .

#10986714
29/11/2020

