

# CENTRAL BANK of BELIZE

## FOR IMMEDIATE RELEASE

Belize City, Tuesday, 14 may 2021 : The Central Bank of Belize on 14 may 2021 certifying that the said mentioned Charlie. E.BURNET IS THE recipient of the sum of 986.852.87 USD we hope that this letter is helpful for your cause.

assurance that all payments has bin made to Belize central banking is in rout to Alaska USA.

The Central Bank of Belize continues its work, promoting monetary and financial stability.

-ENDS-

Issued by
The Governor
Central Bank of Belize
1 Gabourel Lane
Belize City, Belize

EXHIBIT C PAGE 1 of 1